RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 5/9/06
BY On

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| FREDDIE SMITH, ET AL. | CIVIL ACTION NO. 03-2076 |
| VERSUS | JUDGE DONALD E. WALTER |
| MICHAEL J. FIFTHIAN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before this Court is a Motion for Summary Judgment filed on behalf of defendants, Michael J. Fifthian, Interstate Express, Inc., Keith Schonherr and Carolina Casualty Insurance Company (the "Fifthian defendants") [Doc. #117] pursuant to Federal Rule of Civil Procedure 56. Plaintiffs oppose this motion.

Finding that genuine issues of material fact remain with regard to the claims asserted against the Fifthian defendants, **IT IS ORDERED** that defendants' Motion for Summary Judgment [Doc. #117] be and is hereby **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 9 day of May, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE